UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NO. 13CR1272-JLS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| SUSANA ELIDETH CABRERA MONTES, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Information:

21:952 and 960 - Importation of Marijuana
_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/9/2013

Mitchell D. Dembin
U.S. Magistrate Judge